TO:   Ninth Court of Appeals
      Carol Anne Harley, Clerk
      1001 Pearl Street, Suite 330
      Beaumont, Texas 77701

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/30/2014 8:25:26 AM
CAROL ANNE HARLEY
Clerk

Appellate Case Number    09-14-00533-CV
Trial Court Number:      CV1205576

Style:                   D'Juna LeBlanc
                         vs.
                         Kenneth Palmer

Liberty County, Texas, 75th Judicial District Court

I am the official court reporter responsible for preparing the Reporter's Record in the above-mentioned appeal. This is a request for an extension. The record is due January 5, 2015.

I am respectfully requesting an extension of 30 days for the preparation of this record. This transcript is an estimated 500 pages and covers 4 days of testimony and hearings. The appellant made payment arrangements on December 22, 2014.

If you have any questions, please call me at 936-336-4679.

Thank you.

December 30, 2014           ___/s/ Clifton V. Smith_____
Date                        Clifton V. Smith, CSR
                            Official Reporter, 75th District Court
                            Texas CSR No. 2657
                            1923 Sam Houston
                            Liberty, Texas 77575
                            Tele: (936) 336-4679
                            Fax:  (936) 336-8980